## T. Schleuning v. Hugh Duffy.

A bill of review will not lie in the courts of this State, when based on matters of fact, or on error in law apparent on the face of the record. The remedy in such cases is by appeal or by writ of error. Seguin v. Maverick, 24 Texas, 526, and Yturri v. McLeod, 26 Texas, 87, cited and approved.

Appeal from Bandera. Tried below, before the Hon. I. N. Everett.

The opinion of the court indicates the case

*W. Alexander*, for the appellant.

*J. H. Burts*, for the appellee.

WALKER, J.    An effort is made in this case to obtain a new trial by bill of review.   We do not think a bill of review, for matters of fact or errors of law apparent upon the face of the record, will lie in our courts.   The remedy is by appeal or writ of error.   (See Seguin *v.* Maverick, 24 Texas, 534, and Yturri *v.* McLeod, 26 Texas, 87.)

A motion was made in the original cause for a new trial, and overruled.   Notice of appeal was entered, and the appeal should have been prosecuted to this court.   This case falls within the rule of Metzger *v.* Wendler, decided at the last term.   (35 Texas, 378.)   The appeal is dismissed.

Dismissed.